UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

| | |
|---|---|
| Case No. 2:25-cr-00582-AH-2 | Date: 08/11/2025 |
| Present: The Honorable: A. Joel Richlin, United States Magistrate Judge | |
| Interpreter N/A | Language N/A |

| Claudia Garcia-Marquez | 08/11/2025 | Nicholas Purcell |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) ✓ Present In Custody | Attorneys for Defendants: ✓ Present CJA |
|---|---|
| Danny Duran | J. Alejandro Barrientos |

**Proceedings:** Arraignment of Defendant and/or  ✓ Assignment of Case  Appointment of Counsel
Initial Appearance

* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Anne Hwang.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 10/07/2025 8:30 AM;
Status Conference: 09/03/2025 8:30 AM
* Judge Hwang is located in 9C, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA      PSAED      PSASA
  ✓ USMLA    USMED      USMSA         Initial Appearance/Appointment of Counsel: 00 : 00
    Statistics Clerk           Interpreter                          Arraignment: 00 : 03
  ✓ CJA Supervising Attorney   Fiscal        Initials of Deputy Clerk: CGM by TRB